UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DIRECT AB,

        Plaintiff(s),　　　　　　　　　　　Index No. 12 CV 8073

  -against-　　　　　　　　　　　　　　　　AFFIDAVIT OF SERVICE

ABU BAKKER EHSAN d/b/a
SURGIDENTAL INSTRUMENTS & SUPPLIES,

        Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK   )
　　　　　　　　　　　　S.S.:
COUNTY OF NEW YORK)

        DOMINIC DELLAPORTE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 28th day of February, 2013, at approximately 9:02 AM, deponent served a true copy of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Rule 7.1 Statement, and Individual Practices of Judge Deborah A. Batts upon ABU BAKKER EHSAN d/b/a SURGIDENTAL INSTRUMENTS & SUPPLIES at 984 Thompson Drive, Bay Shore, New York, by personally delivering and leaving the same with Abu Bakker Ehsan at that address. At the time of service, deponent asked Abu Bakker Ehsan whether he is in active military service for the United States of America or for any state in the United States in any capacity whatever and received a negative reply.

        Abu Bakker Ehsan is a Middle Eastern male, approximately 38 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 180 pounds with black hair and beard.

_____
DOMINIC DELLAPORTE #1320496

Sworn to before me this
28th day of February, 2013

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2014